JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD PANCHEERI, an individual,<br><br>    Plaintiff, Respondent, and Cross-Defendant<br><br>v.<br><br>TATITLEK SUPPORT SERVICES, INC., an Alaskan Corporation,<br><br>    Defendant, Appellant, and Cross-Claimant. | Case No. 2:15-cv-06176-SVW-JPR<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT** |

|     |                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------ |
| 1   | The Court has been advised that the Plaintiff and Defendant in this action have                  |
| 2   | settled all disputes between them.                                                               |
| 3   | Based on the foregoing, and the parties' stipulation, and finding good cause                     |
| 4   | therefor, the Court hereby finds that the above-captioned action has been resolved, and          |
| 5   | ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE                        |
| 6   | and any bond posted in connection with the above-captioned action is hereby exonerated.          |
| 8   | IT IS HEREBY ORDERED.                                                                            |
| 11  | Dated: April 28, 2017                                                                            |
|     | *[signature]*                                                                                     |
|     | Honorable Stephen V. Wilson                                                                      |